UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANGELA RICHARDSON,

                         Plaintiff,               MEMORANDUM AND ORDER

        -against-                       CV 02-6171 (LDW) (ARL)

ARROW ELECTRONICS, INC.,

                        Defendant.
-----------------------------------------------------------X

WEXLER, District Judge

      Plaintiff Angela Richardson brings this employment discrimination action against defendant Arrow Electronics, Inc. under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. Defendant moves for summary judgment under Rule 56 of the Federal Rules of Civil Procedure; plaintiff opposes the motion.

      Upon consideration, this Court concludes that genuine issues of material fact exist, precluding the entry of summary judgment. See Fed. R. Civ. P. 56(c) (party seeking summary judgment must demonstrate that "there is no genuine issue of any material fact and that the moving party is entitled to a judgment as a matter of law"); Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986). Accordingly, defendant's motion for summary judgment is denied.

      SO ORDERED.

                               _____
                               LEONARD D. WEXLER
                               UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
       July 6, 2006